■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN THOMPSON, Appellant.—Judgment, Supreme Court, New York County (Herbert Altman, J.), rendered on March 20, 1987, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Ross, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUCE DEFENSE, Appellant.—Judgment, Supreme Court, Bronx County (Vincent Quattrochi, J.), rendered on June 29, 1987, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Ross, Asch and Wallach, JJ.